# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1791

_____

| | | |
|---|---|---|
| Alfonso A. Waldron, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| The Boeing Company; International | * | |
| Association of Machinists and | * | [UNPUBLISHED] |
| Aerospace Workers, Lodge 837, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 6, 2005
Filed: May 11, 2005

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Alfonso A. Waldron, Jr., appeals the district court's[1] adverse grant of summary judgment in his action claiming employment discrimination and Labor Management Relations Act violations, by his former employer and his union. Having carefully reviewed the record and considered Waldron's arguments, see Jacob-Mua v.

---

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we find no basis for reversal.

Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny as moot the Boeing Company's motion to strike.

_____